# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| BARRY HOWLAND HENDERSON, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | No. 2:10-cv-122-GZS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 12) filed March 25, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **VACATED** and the case remanded for further proceedings consistent with the Recommended Decision.

    /s/ George Z. Singal
United States District Judge

Dated this 12th day of April, 2011.